THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Cynthia L. Lovette, Personal Representative of the Estate of Shawn O'Neal 
 Thomas, deceased,        Respondent,
 
 
 

v.

 
 
 
Thomas M. Trancik, M.D., and Thomas M.
Trancik, M.D., P.A.,        Appellants.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Memorandum Opinion No. 2004-MO-041
Heard June 23, 2004 - Filed July 26, 
 2004

AFFIRMED

 
 
 
Stephen L. Brown and John Hamilton Smith, both of Young, Clement, Rivers & 
 Tisdale, of Charleston, for Appellants.
James Edward Bell, III, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following 
 authority:  Folkens v. Hunt, 300 S.C. 251, 387 S.E.2d 265 (1990) (thirteenth 
 juror doctrine).
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.